**UNITED STATES, Appellee**

v

**KENNETH R. BYRD, Private First Class, U. S. Army, Appellant**

16 USCMA 488, 37 CMR 108

No. 19,800

January 27, 1967

---

*Colonel Daniel T. Ghent, Lieutenant Colonel Martin S. Drucker,* and *Major David J. Passamaneck* were on the pleadings for Appellant, Accused.

*Colonel Peter S. Wondolowski, Lieutenant Colonel Francis M. Cooper,* and *Captain Anthony L. Tersigni* were on the pleadings for Appellee, United States.

## Opinion of the Court

**PER CURIAM:**

For the reasons set out in United States v Robbins, 16 USCMA 474, 37 CMR 94, petition for reconsideration denied January 20, 1967, the decision of the board of review is reversed. The findings of guilty and the sentence are set aside. A rehearing may be ordered.